## McCONNELL *v.* KIMSEY.

*Simmons, C. J.*—If any error at all was committed at the trial, it was immaterial and harmless; and the verdict was not only in accord with the substantial justice of the case, but fully warranted by the evidence.            *Judgment affirmed.*
August 18, 1896.

Action on contract.    Before Judge Kimsey.    Habersham superior court.    September term, 1895.

*Jones & Bowden,* for plaintiff in error.
*J. C. Edwards* and *G. P. Erwin,* contra.